IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL A. CAMPBELL, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-07-593-C |
| | ) | |
| JOHN WHETSEL, | ) | |
| | ) | |
| Respondent | ) | |

ORDER OF TRANSFER

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on May 25, 2007, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

Other than his own personal preference, Petitioner asserts nothing which was not fully considered by the Magistrate Judge, and Petitioner's preference is not sufficient to set aside long-standing policy with important jurisprudential underpinnings.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and this case is transferred to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 7th day of June, 2007.

_____
ROBIN J. CAUTHRON
United States District Judge

Dockets.Justia.com